**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CRIMINAL NO. EP-25-M-02401-LE** |
| **v.** | § | |
| | § | |
| **ADELY VANESSA DE LA CRUZ-** | § | |
| **ALVAREZ,** | § | |
| | § | |
| **Defendant.** | § | |

## GOVERNMENT'S NOTICE OF POTENTIAL WITNESSES

1. Raymundo Torres, Border Patrol Agent

2. Edgar Contreras, Border Patrol Agent

3. Carlos De La O, Border Patrol Agent

4. Maria Parga Davis, Border Patrol Agent

5. Demetria Walker, International Boundary and Water Commission

DATED this 2nd day of June, 2025.

Respectfully Submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By:     */s/Phillip Countryman*
        Phillip Countryman
        Texas Bar 24094380
        Assistant U.S. Attorney
        700 E. San Antonio, Suite 200
        El Paso, Texas 79901
        (915) 534-6884

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System. A true copy of this sealed document will be provided to Defendant's Attorneys.

*/s/Phillip Countryman*
Phillip Countryman
Assistant U.S. Attorney