# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. EP-25-M-02401-LE |
| | ) | |
| ADELY VANESSA DE LA CRUZ-ALVAREZ | ) | |
| | ) | |

## **DEFENDANT'S WITNESS LIST**

COMES NOW Defendant ADELY VANESSA DE LA CRUZ-ALVAREZ, by and through his attorney of record, and hereby submits the following witness list. The Defendant **may** call the following witness in the above-styled and numbered cause:

1. Jaime Rodriguez
2. Araceli Ortiz
3. Irma Whiteley
4. Andrew Steed

Respectfully Submitted,

| | |
|---|---|
| Maureen Scott Franco | Veronica Teresa Lerma |
| Federal Public Defender | LERMA LAW |
| | |
| /s/ | /s/ |
| | |
| Shane McMahon | Veronica Teresa Lerma |
| Assistant Federal Public Defender | State Bar: No. 24062846 |
| Western District of Texas | 1417 Montana Ave |
| Richard C. White Federal Building | El Paso, TX 79902 |
| 700 E. San Antonio, D-401 | p. 915-533-4779 |
| El Paso, Texas 79901 | Attorney for Defendant |
| (915) 534-6525 | |
| Attorney for Defendant | |

CERTIFICATE OF SERVICE

I hereby certify that Monday, June 2, 2025, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the Office of the U.S. Attorney, Richard C. White Building, 700 E. San Antonio, Suite 200, El Paso, TX 79901.

    /S/
Shane McMahon
Attorney for Defendant