**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CRIMINAL NO. EP-25-M-02401-LE** |
| **v.** | § | |
| | § | |
| **ADELY VANESSA DE LA CRUZ-ALVAREZ,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## <u>UNITED STATES' AMENDED LIST OF PROPOSED EXHIBITS</u>

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Map of Area of Apprehension | | |
| 2 | Kermit Williams Gate looking East | | |
| 3 | Kermit William Gate looking South | | |
| 4 | Kermit Williams Gate looking West | | |
| 5 | Point of Entry | | |
| 6 | Profile Photograph of Area of Apprehension | | |
| 7 | Photograph of Levee | | |
| 8 | NDA Sign | | |
| 9 | I-213 (First Page) | | |
| 10 | Photographs of Defendant's Passport (7 pages) | | |
| 11 | Land Transfer Certificate of Records | | |
| 11-a | Land Dee History (89 pages) | | |
| 12 | GSA Land Transfer (24 pages) | | |
| 12-a | Area of Apprehension | | |
| 13 | GSA Land Holding (24 pages) | | |
| 14 | Land Transfer to Fort Bliss | | |
| 15 | Fort Bliss Order | | |
| 16 | Color Photograph of Defendant | | |

DATED this 2nd day of June, 2025.

Respectfully Submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By:  */s/Phillip Countryman*
Phillip Countryman
Texas Bar 24094380
Assistant U.S. Attorney
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System. A true copy of this sealed document will be provided to Defendant's Attorney.

*/s/Phillip Countryman*
Phillip Countryman
Assistant U.S. Attorney